83,476-01

Dear
Court of Criminal Appeals

The Court 213, said in Court 7.24.15
the Montgomery County MH
Treatment facility

didn't discharge me competent. 11-13-14

The Attorney: Kim Alexander
will not give me the Arraignment
sheets, that proof's I'm a
wrong fully Imprison person

I need the Arraignment sheet

The Judge Louis Sturn will not
give me the Arraignment sheet

and the Attorney said the
Writ of habeas Corpus
are not for to release me
from jail

They state's I'm Incompet-
ent to stand trial at Court on
7.24.15

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 3 0 2015
Abel Acosta, Clerk

Darrell Jerome Stafford
100 North Lamar
Fort Worth TX. 76196